W. H. DEADRICK V. RICE AND GROESBECK.

Where the merits of a case are fairly submitted to the jury by the charge of the court, and the verdict of the jury is warranted by the evidence; there is no reason for disturbing the judgment, and it will be affirmed.

ERROR from Galveston. Tried below before the Hon. Peter W. Gray.

This was a suit brought by defendants in error against plaintiff in error, for articles of merchandize sold and delivered to him. The facts are sufficiently indicated in the opinion of the court.

*John B. & G. W. Jones*, for plaintiff in error.

*Ballinger & Jack*, for defendants in error.

· BELL, J. We are of opinion that there is no error in the judgment of the court below. The merits of the case were fairly submitted to the jury by the charge of the court, and the verdict of the jury was warranted by the evidence. It is shown that the articles sold by the plaintiffs below to the defendant, were received by him in the month of October. After he had received them, he wrote to the plaintiffs acknowledging the receipt of the goods,

and apologizing for not having forwarded cotton. The defendant then made no complaint about the quality of the goods. In the following January, the defendant placed in the hands of the agent of the plaintiffs, notes to a considerable amount, as collaterals. He complained of one of the articles sold to him, (a cask of brandy,) but made no offer to return it, or to dispose of it for the plaintiffs, and did not refuse payment. The plaintiffs seem to have used proper diligence to collect the notes which had been placed in their hands by the defendant. There is no reason for disturbing the judgment, and the same is affirmed.

Judgment affirmed.